## JOSEPH PRATT, RESPONDENT, v. LUTHER T. NORTON, APPELLANT.

*Witness — impeachment of — statement signed by him — original must be produced.*

To impeach a witness, by showing that he has made some statement inconsistent with the contents of a document signed by him, the original document must be produced. *

APPEAL from a judgment in favor of the plaintiff, entered on the verdict of a jury.

*Rowley & Johnston,* for the appellant.

*Holmes, Thompson & Spencer,* for the respondent.

Opinion by MULLIN, P. J.

Judgment reversed, and new trial ordered, costs to abide event.

---

## SAMUEL WILCOX, RESPONDENT, v. WASHINGTON PALMETER, APPELLANT.

*Evidence — set-off in suit in Justices' Court — no reply necessary.*

In an action to recover for the use of a wagon, evidence of the value of the wagon, when received and when returned, shows wear and tear and is not incompetent on the question of the value of its use.

In an action in a Justices' Court, the plaintiff may give evidence in answer to a set-off of the defendant without a formal reply.

APPEAL from a judgment of the County Court, affirming a judgment entered in a Justices' Court, and from an order denying a motion for a new trial.

*C. R. Lockwood,* for the appellant.

*Morris & Russell,* for the respondent.

Opinion by GILBERT, J.

Judgment affirmed.

* Newcomb v. Griswold, 24 N. Y., 298; Gaffney v. The People, 50 id., 416, 425.